IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   vs.

DEMETRIUS EWING,

        Defendant.

:
:   Case No.   3:99cr81
:   JUDGE WALTER H. RICE
:

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, BUT DECLINING TO REVOKE SAME; DEFENDANT CONTINUED ON SUPERVISED RELEASE FOR A PERIOD OF THREE YEARS, SUBJECT TO CERTAIN CONDITIONS; RIGHT OF APPEAL ORALLY EXPLAINED AND DEFENDANT ORALLY INDICATED AN UNDERSTANDING OF SAME; NEITHER COUNSEL FOR THE GOVERNMENT NOR FOR THE DEFENDANT HAD ANY PROCEDURAL OR SUBSTANTIVE OBJECTIONS TO THIS COURT'S DISPOSITION; TERMINATION ENTRY

---

On February 8, 2021, the Defendant, having previously been found in violation of his Supervised Release, a status that began September 9, 2018, appeared by video conference, in lieu of a Court appearance, for final disposition.

Pursuant to the record made on the aforesaid February 8, 2021, the Defendant, although having been found in violation of his Supervised Release, was not revoked; rather, Defendant was continued on Supervised Release for a period of three years, subject to discharging all previously undischarged conditions of Supervised Release.

Following the above, the Defendant was orally explained his right of appeal and he orally indicated an understanding of same.

Neither counsel for the Government nor for the Defendant had any procedural or substantive objections to this Court's disposition.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

August 17, 2021

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record